In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00084-CV**
_____

**WILLIAMS BROTHERS CONSTRUCTION CO., INC., Appellant**

**V.**

**ORJANAE HOOKER, AS NEXT FRIEND OF O.H., Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-202,785**

_____

**MEMORANDUM OPINION**

Williams Brothers Construction Co., Inc., Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion states that the parties settled the underlying case and the appeal is moot. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on July 12, 2023
Opinion Delivered July 13, 2023

Before Horton, Johnson and Wright, JJ.